# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: BEAVER PLUMBING SERVICES | § | Case No. 07-23670 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 17, 2007. The undersigned trustee was appointed on December 18, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $    38,102.68

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,186.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 36,916.68 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 04/30/2008 and the deadline for filing governmental claims was 12/18/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,560.24. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,560.24, for a total compensation of $4,560.24. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $91.80, for total expenses of $91.80.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/29/2010          By:/s/MICHAEL G. BERLAND
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 07-23670  
Case Name: BEAVER PLUMBING SERVICES  
Period Ending: 12/29/10

Trustee: (520196) MICHAEL G. BERLAND  
Filed (f) or Converted (c): 12/17/07 (f)  
§341(a) Meeting Date: 01/24/08  
Claims Bar Date: 04/30/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | Charter One-scheduled | 8,385.56 | 11,350.00 | | 11,350.70 | FA |
| 3 | Rockford Mutual Insurance-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Employers Sureyt bond-scheduled | 15,000.00 | 15,830.20 | | 15,830.20 | FA |
| 5 | Redmond Company-scheduled<br>Uncollectible | 96,940.00 | 0.00 | DA | 0.00 | FA |
| 6 | Lagestal Mulder-scheduled<br>Monies collected are listed under asset 16. | 20,600.00 | 0.00 | DA | 0.00 | FA |
| 7 | Construction Solutions-scheduled<br>Uncollectible | 36,200.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2000 ford 250-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2000 Ford 150-schedueld | 800.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1999 Semi-trailer-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1981 GMC Van-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1993 Dodge Ram-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1995 GMC Sierra-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | Misc pipe fittings-scheduled | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | Office equipment-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 16 | Monies due for 14479 S. Humphrey Drive -unchedul (u) | 0.00 | 10,864.00 | | 10,864.00 | FA |
| 17 | Malka Homes-scheduled<br>Uncollectible | 5,200.00 | 0.00 | DA | 0.00 | FA |
| 18 | Bruce Obora-schedueld<br>Uncollectible | 2,050.00 | 0.00 | | 0.00 | FA |
| 19 | Kencorp-scheduled<br>Uncollectible | 21,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 20 | Ken Asbridge-schedueld<br>Uncollectible | 620.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 57.78 | Unknown |
| 21 | Assets Totals (Excluding unknown values) | $215,095.56 | $38,044.20 | | $38,102.68 | $0.00 |

Printed: 12/29/2010 12:19 PM   V.12.56

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-23670 | | Trustee: | (520196) | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | BEAVER PLUMBING SERVICES | | Filed (f) or Converted (c): | 12/17/07 (f) | |
| | | | §341(a) Meeting Date: | 01/24/08 | |
| Period Ending: 12/29/10 | | | Claims Bar Date: | 04/30/08 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

The Trustee liquidated a bank account, a surety bond, and collected other unscheduled assets. The remaining accounts receivables were uncollectible.

**Initial Projected Date Of Final Report (TFR):** December 31, 2011   **Current Projected Date Of Final Report (TFR):** December 31, 2011

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-23670 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | BEAVER PLUMBING SERVICES | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****36-65 - Money Market Account |
| Taxpayer ID #: | **-***7014 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/29/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/28/08 | {2} | Charter One | Liquidation of Charter One account | 1129-000 | 10,000.00 | | 10,000.00 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.16 | | 10,000.16 |
| 02/28/08 | {2} | Charter One | Proceeds of account | 1129-000 | 1,215.57 | | 11,215.73 |
| 02/28/08 | {2} | Charter one | Proceeds of Charter One accont | 1129-000 | 135.13 | | 11,350.86 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.05 | | 11,352.91 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.09 | | 11,355.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.58 | | 11,356.58 |
| 05/29/08 | {4} | Fifth Third Bank | Payment of surety bond proceeds | 1129-000 | 15,830.20 | | 27,186.78 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.42 | | 27,188.20 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.32 | | 27,191.52 |
| 07/07/08 | 1001 | Gloria Longest | Payment to accountant for accounting advice | 3410-000 | | 100.00 | 27,091.52 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.44 | | 27,094.96 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.22 | | 27,098.18 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.55 | | 27,101.73 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.95 | | 27,104.68 |
| 11/21/08 | 1002 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 26,604.68 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.13 | | 26,606.81 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 26,608.70 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 26,609.78 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.01 | | 26,610.79 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.15 | | 26,611.94 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 26,613.02 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.04 | | 26,614.06 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.15 | | 26,615.21 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 26,616.33 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 26,617.45 |
| 09/16/09 | {16} | Chicago Title & Trust | Payment for project at 14479 S. John Humphrey Drive | 1221-000 | 6,300.00 | | 32,917.45 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.19 | | 32,918.64 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 32,919.98 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.38 | | 32,921.36 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.38 | | 32,922.74 |
| 01/05/10 | 1003 | Internal Revenue Service | Payment of tax due per tax return Stopped on 01/05/10 | 2810-000 | | ! 86.00 | 32,836.74 |
| 01/05/10 | 1003 | Internal Revenue Service | Payment of tax due per tax return Stopped: check issued on 01/05/10 | 2810-000 | | ! -86.00 | 32,922.74 |
| 01/05/10 | 1004 | Gloria Longest | Payment of accountant for preparing tax | 3410-000 | | 500.00 | 32,422.74 |

Subtotals: $33,522.74 $1,100.00

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 12/29/2010 12:19 PM     V.12.56

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-23670 | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | BEAVER PLUMBING SERVICES | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*36-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*7014 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/29/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | returns per court order | | | | |
| 01/05/10 | 1005 | Illinois Department Of Revenue | Payment of Illinois tax due per tax return | 2820-000 | | 86.00 | 32,336.74 |
| 01/27/10 | {16} | Chicago Title & Trust Company | Payment of account receivable | 1221-000 | 4,564.00 | | 36,900.74 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.28 | | 36,902.02 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.38 | | 36,903.40 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.65 | | 36,905.05 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.25 | | 36,905.30 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*\*3665 | Wire out to BNYM account 9200\*\*\*\*\*\*\*3665 | 9999-000 | -36,905.30 | | 0.00 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | 1,186.00 | 1,186.00 | $0.00 |
| Less: Bank Transfers | -36,905.30 | 0.00 | |
| Subtotal | 38,091.30 | 1,186.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $38,091.30 | $1,186.00 | |

{} Asset reference(s)

Printed: 12/29/2010 12:19 PM V.12.56

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 07-23670 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: BEAVER PLUMBING SERVICES | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***.*****36-66 - Checking Account |
| Taxpayer ID #: **-***7014 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 12/29/10 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 07-23670 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: BEAVER PLUMBING SERVICES | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: \*\*\*-\*\*\*\*\*36-67 - Money Market Account |
| Taxpayer ID #: \*\*-\*\*\*7014 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 12/29/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 12/29/2010 12:19 PM    V.12.56

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 07-23670 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | BEAVER PLUMBING SERVICES | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******36-65 - Money Market Account |
| Taxpayer ID #: | **-***7014 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/29/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | 9999-000 | 36,905.30 | | 36,905.30 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.76 | | 36,907.06 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.20 | | 36,909.26 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.12 | | 36,911.38 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.20 | | 36,913.58 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.19 | | 36,915.77 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,916.07 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 36,916.38 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 36,916.68 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 36,916.68 | 0.00 | $36,916.68 |
| Less: Bank Transfers | 36,905.30 | 0.00 | |
| Subtotal | 11.38 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $11.38 | $0.00 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 07-23670 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | BEAVER PLUMBING SERVICES | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******36-66 - Checking Account |
| Taxpayer ID #: | **-***7014 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/29/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****36-65 | 38,091.30 | 1,186.00 | 0.00 |
| Checking # ***-*****36-66 | 0.00 | 0.00 | 0.00 |
| MMA # ***-*****36-67 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******36-65 | 11.38 | 0.00 | 36,916.68 |
| Checking # 9200-******36-66 | 0.00 | 0.00 | 0.00 |
| | $38,102.68 | $1,186.00 | $36,916.68 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-23670
Case Name: BEAVER PLUMBING SERVICES
Trustee Name: MICHAEL G. BERLAND

**Balance on hand:** $ 36,916.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 36,916.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 4,560.24 | 0.00 | 4,560.24 |
| Trustee, Expenses - MICHAEL G. BERLAND | 91.80 | 0.00 | 91.80 |

Total to be paid for chapter 7 administration expenses: $ 4,652.04
Remaining balance: $ 32,264.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 32,264.64

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $152,045.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Internal Revenue Service | 120,013.36 | 0.00 | 232.34 |
| 11P | Plumbers' Pension Fund etc, et al | 32,032.30 | 0.00 | 32,032.30 |

**UST Form 101-7-TFR (10/1/2010)**

| | Total to be paid for priority claims: | $ | 32,264.64 |
| | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 275,334.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | 15,380.07 | 0.00 | 0.00 |
| 2 | Fifth Third Bank | 3,142.05 | 0.00 | 0.00 |
| 3 | Crawford Supply Company | 1,663.77 | 0.00 | 0.00 |
| 4 | Tom Gasaway | 15,000.00 | 0.00 | 0.00 |
| 5U | Internal Revenue Service | 12,609.55 | 0.00 | 0.00 |
| 6 | Chase Bank USA, NA | 7,189.37 | 0.00 | 0.00 |
| 7 -2 | AIG Bankruptcy Collections | 33,282.00 | 0.00 | 0.00 |
| 8 | Witvoet & Co., Inc. | 5,110.81 | 0.00 | 0.00 |
| 9 | Leep's Supply- Merrillville | 25,058.43 | 0.00 | 0.00 |
| 10 | ProPower | 7,505.50 | 0.00 | 0.00 |
| 11U | Plumbers' Pension Fund etc, et al | 102,290.83 | 0.00 | 0.00 |
| 12 | American Express Bank FSB | 9,527.97 | 0.00 | 0.00 |
| 13 | American Express Bank FSB | 6,278.89 | 0.00 | 0.00 |
| 14 | American Express Bank FSB | 7,302.31 | 0.00 | 0.00 |
| 15 | American Express Bank FSB | 8,249.04 | 0.00 | 0.00 |
| 16 | Plumbers and Pipefitters Local 422 Fringe Benefit | 5,041.92 | 0.00 | 0.00 |
| 17 | Plumbers and Pipefitters Local 422 Fringe Benefit | 10,702.42 | 0.00 | 0.00 |

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**