# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: BEAVER PLUMBING SERVICES | § Case No. 07-23670 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 02/04/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Date Mailed: 12/29/2010 | By: /s/ Michael G. Berland |
|  | Trustee |

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BEAVER PLUMBING SERVICES § Case No. 07-23670
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 38,102.68 |
| *and approved disbursements of* | $ 1,186.00 |
| *leaving a balance on hand of* [1] | $ 36,916.68 |
| **Balance on hand:** | $ 36,916.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 36,916.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 4,560.24 | 0.00 | 4,560.24 |
| Trustee, Expenses - MICHAEL G. BERLAND | 91.80 | 0.00 | 91.80 |

Total to be paid for chapter 7 administration expenses: $ 4,652.04
Remaining balance: $ 32,264.64

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 32,264.64

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $152,045.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Internal Revenue Service | 120,013.36 | 0.00 | 232.34 |
| 11P | Plumbers' Pension Fund etc, et al | 32,032.30 | 0.00 | 32,032.30 |

Total to be paid for priority claims: $ 32,264.64
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 275,334.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | 15,380.07 | 0.00 | 0.00 |
| 2 | Fifth Third Bank | 3,142.05 | 0.00 | 0.00 |
| 3 | Crawford Supply Company | 1,663.77 | 0.00 | 0.00 |
| 4 | Tom Gasaway | 15,000.00 | 0.00 | 0.00 |
| 5U | Internal Revenue Service | 12,609.55 | 0.00 | 0.00 |
| 6 | Chase Bank USA, NA | 7,189.37 | 0.00 | 0.00 |
| 7 -2 | AIG Bankruptcy Collections | 33,282.00 | 0.00 | 0.00 |
| 8 | Witvoet & Co., Inc. | 5,110.81 | 0.00 | 0.00 |
| 9 | Leep's Supply- Merrillville | 25,058.43 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | ProPower | 7,505.50 | 0.00 | 0.00 |
| 11U | Plumbers' Pension Fund etc, et al | 102,290.83 | 0.00 | 0.00 |
| 12 | American Express Bank FSB | 9,527.97 | 0.00 | 0.00 |
| 13 | American Express Bank FSB | 6,278.89 | 0.00 | 0.00 |
| 14 | American Express Bank FSB | 7,302.31 | 0.00 | 0.00 |
| 15 | American Express Bank FSB | 8,249.04 | 0.00 | 0.00 |
| 16 | Plumbers and Pipefitters Local 422 Fringe Benefit | 5,041.92 | 0.00 | 0.00 |
| 17 | Plumbers and Pipefitters Local 422 Fringe Benefit | 10,702.42 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R.§ 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: nmolina                Page 1 of 2                  Date Rcvd: Dec 30, 2010
Case: 07-23670                Form ID: pdf006              Total Noticed: 47

The following entities were noticed by first class mail on Jan 01, 2011.
db           +Beaver Plumbing Services,    28800 S. Egyptian Trail,     Peotone, IL 60468-9374
aty          +James A Young,    James A Young & Associates, Ltd.,     47 DuPage Court,    Elgin, IL 60120-6421
tr           +Michael G Berland,    1 N LaSalle St, No.1775,     Chicago, IL 60602-4065
11999808     +AIG Bankruptcy Collections,    David A. Levin, Authroized Representativ,    70 Pine St., 28th Floor,
               New York, NY 10270-0002
11817981     +American Backhoe Co.,    9404 Corsair,    Frankfort, IL 60423-2526
11817983     +American Express,    PO BOX 0001,    Los Angeles, CA 90096-8000
11817982     +American Express Bank FSB,    Pob 3001,    Malvern PA 19355-0701
12112643      American Express Bank FSB,    c o Becket and Lee LLP,     POB 3001,    Malvern PA 19355-0701
11817986      American International Co.,    22427 Network Place,     Chicago, IL 60673-1224
11817987     +Andrew McCann,    Lawn Sprinkler Company,    1813 W. 171st St.,     Hazel Crest, IL 60429-1405
11817988     +Appel & Kelly, Ltd.,    18607 S. Torrence Avenue,     Lansing, IL 60438-2832
11817989     +Arnold and Kadjan,    19 W. Jackson Blvd,    Chicago, IL 60604-3915
11817990      Auburn Supply Co.,    3850 W. 167th St.,    Markham, IL 60428-5306
11817991      Bank of America,    Visa Business Card,    PO Box 15184,    Wilmington, DE 19850-5184
11817992     +C & M Pipe,    19800 Stoney Island Avenue,    Chicago Heights, IL 60411-8671
11975082      Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
11817993      Chase Card services,    Po Box 15298,    Wilmington, DE 19850-5298
11817994     +Chicago Journeymen Plumbers',    Local Union 130,    1340 W. Washington Blvd,
               Chicago, IL 60607-1980
11817995     +Crawford Supply Company,    9645 W. Willow Lane,    Mokena, IL 60448-9394
11817997     +DEX,    Customer Care,    1615 Bluff City Highway,    Bristol, TN 37620-6055
11817996     +Daryl Gasaway,    1644 Elms Court Lane,    Crete, IL 60417-4404
11817999    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     Collections Dept.,    MD ROPS05 3110,
               Cincinnati, OH 45263)
11817998     +Falls Mechanical Insulation, Inc.,     7703 W. 99th St.,    Hickory Hills, IL 60457-2329
11818001     +Fifth Third Bank,    1850 E. Paris,    MD: ROPS05,    Grand Rapids, MI 49546-6253
11930673     +Fifth Third Bank,    Attn: Bankruptcy Department/MD#ROPS05,     1850 E Paris SE,
               Grand Rapids MI 49546-6210
11818003     +First Community Bank,    1111 Dixie Hwy,    Beecher, IL 60401-4002
11818005     +GE Kloos Material Co.,    Po Box 516,    Blue Island, IL 60406-0516
11818007      HD Supply Waterworks, Ltd.,    Po Box 91036,    Chicago, IL 60693-1036
11818008      Home Depot credit Services,    Dept. 32-2129233171,    PO Box 6029,    The Lakes, NV 88901-6029
11818009    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,     P.O. Box 21126,    Philadelphia, PA 19114)
11818010     +Law Offices Arnold and Kadjan,    19 W. Jackson Blvd,     Chicago, IL 60604-3915
11818011     +Leep's Supply- Merrillville,    8001 Tyler St.,    Merrillville, IN 46410-5345
12271086     +Lewis, Overbeck & Furman LLP,    20 N Clark St., Ste. 3200,     Chicago IL 60602-5093
11818014     +Metropolitan Corp,    141 Matteson St., Ste. A,    Dyer, IN 46311-1567
11818015     +Plumbers & Pipefitters Local 422,    c/o First Midwest Bank,    50 W. Jefferson,
               Joliet, IL 60432-4400
11818016     +Plumbers & Pipefitters Local 501,    1295 Butterfield Road,    Aurora, IL 60502-8879
12188308     +Plumbers and Pipefitters Local 422 Fringe Benefit,     c\o Arnold and Kadjan, Philip Brzoz,
               19 W. Jackson Blvd., Suite 300,    Chicago, IL 60604-3910
11818012     +Plumbers' Pension Fund etc, et al,    Douglas A. Lindsay,     Lewis, Overbeck & Furman, LLP,
               20 N. Clark St, Ste. 3200,    Chicago, IL 60602-5093
11818017     +ProPower,    1684 Reliable Parkway,    Chicago, IL 60686-0016
11818018      Rockford Mutual Ins. Co.,    PO Box 5626,    Rockford, IL 61125-0626
11818019     +Sawcore, Inc.,    201 Sumner,    Peotone, IL 60468-9003
11818020     +Sprint,    c/o IC System Inc,    444 Highway 96 East,    Saint Paul, MN 55127-2557
11818021     +Synergy Insulations,    PO Box 644,    Orland Park, IL 60462-0644
11818022     +The BlueBook Building & Constructio,    PO Box 500,    Jefferson Valley, NY 10535-0500
11818023     +Tom Gasaway,    24339 S. Meadowood Road,    Crete, IL 60417-9650
11818025     +Witvoet & Co., Inc.,    Excavating & Trucking,    2437 183rd St.,    Lansing, IL 60438-2717

The following entities were noticed by electronic transmission on Dec 30, 2010.
12271085     +E-mail/Text: bankruptcy@jomaxrecovery.com                           JOMAX Recovery Services,
               20325 N 51st Ave., Ste 134,    Glendale AZ 85308-5677
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11817984*    +American Express,    PO BOX 0001,    Los Angeles, CA 90096-8000
11817985*    +American Express,    PO BOX 0001,    Los Angeles, CA 90096-8000
12112644*     American Express Bank FSB,    c o Becket and Lee LLP,     POB 3001,    Malvern PA 19355-0701
12112645*     American Express Bank FSB,    c o Becket and Lee LLP,     POB 3001,    Malvern PA 19355-0701
12112646*     American Express Bank FSB,    c o Becket and Lee LLP,     POB 3001,    Malvern PA 19355-0701
11818000*   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     Collections Dept.,    MD ROPS05 3110,
               Cincinnati, OH 45263)
11818002*    +Fifth Third Bank,    1850 E. Paris,    MD: ROPS05,    Grand Rapids, MI 49546-6253
11818004*    +First Community Bank,    1111 Dixie Hwy,    Beecher, IL 60401-4002
11818006    ##+Gene Wren Construction Company,    590 S. Kankakee St.,    PO Box,    Coal City, IL 60416-1787
11818013    ##+M. Cooper Supply Co.,    15657 S. 70th Court,    Orland Park, IL 60462-5107
11818024    ##+United Rentals, Inc.,    9610 W. 194th St.,    Mokena, IL 60448-9338
                                                                                   TOTALS: 0, * 8, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: nmolina              Page 2 of 2               Date Rcvd: Dec 30, 2010
Case: 07-23670                Form ID: pdf006            Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 01, 2011**                              **Signature:**  *Joseph Speetjens*