# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: BEAVER PLUMBING SERVICES §   Case No. 07-23670

§

§

Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $189,660.00                 Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $39,774.37       Claims Discharged
                                                  Without Payment: $915,052.04

Total Expenses of Administration: $7,438.04

3) Total gross receipts of $ 47,212.41 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $47,212.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,838.04 | 7,438.04 | 7,438.04 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 152,045.66 | 152,045.66 | 39,774.37 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 573,503.94 | 312,623.06 | 275,334.93 | 0.00 |
| **TOTAL DISBURSEMENTS** | $573,503.94 | $470,506.76 | $434,818.63 | $47,212.41 |

4)  This case was originally filed under Chapter 7 on December 17, 2007. The case was pending for 47 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/17/2011            By:  /s/MICHAEL G. BERLAND
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Charter One-scheduled | 1129-000 | 11,350.70 |
| Employers Sureyt bond-scheduled | 1129-000 | 15,830.20 |
| Monies due for 14479 S. Humphrey Drive -unchedul | 1221-000 | 10,864.00 |
| Payment for work at 79th & Cicero-unscheduled | 1221-000 | 6,929.00 |
| Payment different stage of work-79th Cicero-unsc | 1241-000 | 2,180.00 |
| Interest Income | 1270-000 | 58.51 |
| **TOTAL GROSS RECEIPTS** | | $47,212.41 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 4,560.24 | 6,160.24 | 6,160.24 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 91.80 | 91.80 | 91.80 |
| Gloria Longest | 3410-000 | N/A | 100.00 | 100.00 | 100.00 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| Illinois Department Of Revenue | 2820-000 | N/A | 86.00 | 86.00 | 86.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,838.04 | 7,438.04 | 7,438.04 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Internal Revenue Service | 5800-000 | N/A | 120,013.36 | 120,013.36 | 7,742.07 |
| 11P | Plumbers' Pension Fund etc, et al | 5400-000 | N/A | 32,032.30 | 32,032.30 | 32,032.30 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 152,045.66 | 152,045.66 | 39,774.37 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 7100-000 | 15,211.82 | 15,380.07 | 15,380.07 | 0.00 |
| 2 | Fifth Third Bank | 7100-000 | 2,968.56 | 3,142.05 | 3,142.05 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Crawford Supply Company | 7100-000 | 4,632.78 | 1,663.77 | 1,663.77 | 0.00 |
| 4 | Tom Gasaway | 7100-000 | 16,500.00 | 15,000.00 | 15,000.00 | 0.00 |
| 5U | Internal Revenue Service | 7100-000 | N/A | 12,609.55 | 12,609.55 | 0.00 |
| 6 | Chase Bank USA, NA | 7100-000 | 6,744.96 | 7,189.37 | 7,189.37 | 0.00 |
| 7 | AIG Bankruptcy Collections | 7100-000 | N/A | 33,282.00 | 0.00 | 0.00 |
| 7 -2 | AIG Bankruptcy Collections | 7100-000 | N/A | 33,282.00 | 33,282.00 | 0.00 |
| 8 | Witvoet & Co., Inc. | 7100-000 | N/A | 5,110.81 | 5,110.81 | 0.00 |
| 9 | Leep's Supply- Merrillville | 7100-000 | N/A | 25,058.43 | 25,058.43 | 0.00 |
| 10 | ProPower | 7100-000 | N/A | 7,505.50 | 7,505.50 | 0.00 |
| 11U | Plumbers' Pension Fund etc, et al | 7100-000 | N/A | 102,290.83 | 102,290.83 | 0.00 |
| 12 | American Express Bank FSB | 7100-000 | N/A | 9,527.97 | 9,527.97 | 0.00 |
| 13 | American Express Bank FSB | 7100-000 | N/A | 6,278.89 | 6,278.89 | 0.00 |
| 14 | American Express Bank FSB | 7100-000 | N/A | 7,302.31 | 7,302.31 | 0.00 |
| 15 | American Express Bank FSB | 7100-000 | N/A | 8,249.04 | 8,249.04 | 0.00 |
| 16 | Plumbers and Pipefitters Local 422 Fringe Benefit | 7100-000 | N/A | 5,041.92 | 5,041.92 | 0.00 |
| 17 | Plumbers and Pipefitters Local 422 Fringe Benefit | 7100-000 | N/A | 10,702.42 | 10,702.42 | 0.00 |
| NOTFILED | HD Supply Waterworks, Ltd. | 7100-000 | 1,746.64 | N/A | N/A | 0.00 |
| NOTFILED | Gene Wren Construction Company | 7100-000 | 27,810.00 | N/A | N/A | 0.00 |
| NOTFILED | Leep's Supply- Merrillville | 7100-000 | 35,508.39 | N/A | N/A | 0.00 |
| NOTFILED | M. Cooper Supply Co. | 7100-000 | 16,537.65 | N/A | N/A | 0.00 |
| NOTFILED | Falls Mechanical Insulation, Inc. | 7100-000 | 3,340.00 | N/A | N/A | 0.00 |
| NOTFILED | First Community Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Community Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DEX Customer Care | 7100-000 | 834.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Kloos Material Co. | 7100-000 | 6,460.20 | N/A | N/A | 0.00 |
| NOTFILED | Plumbers & Pipefitters Local 422 c/o First Midwest Bank | 7100-000 | 4,361.92 | N/A | N/A | 0.00 |
| NOTFILED | Metropolitan Corp | 7100-000 | 73,500.00 | N/A | N/A | 0.00 |
| NOTFILED | United Rentals, Inc. | 7100-000 | 2,293.33 | N/A | N/A | 0.00 |
| NOTFILED | The BlueBook Building & Constructio | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Witvoet & Co., Inc. Excavating & Trucking | 7100-000 | 5,110.81 | N/A | N/A | 0.00 |
| NOTFILED | Synergy Insulations | 7100-000 | 4,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | N/A | 4,006.13 | 0.00 | 0.00 |
| NOTFILED | Sprint c/o IC System Inc | 7100-000 | 217.96 | N/A | N/A | 0.00 |
| NOTFILED | ProPower, S&G Supply | 7100-000 | 7,213.55 | N/A | N/A | 0.00 |
| NOTFILED | Plumbers & Pipefitters Local 501 | 7100-000 | 6,647.96 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| NOTFILED | Rockford Mutual Ins. Co. | 7100-000 | 4,011.13 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Daryl Gasaway | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sawcore, Inc. | 7100-000 | 7,130.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Visa Business Card | 7100-000 | 5,129.57 | N/A | N/A | 0.00 |
| NOTFILED | Auburn Supply Co. | 7100-000 | 131,369.71 | N/A | N/A | 0.00 |
| NOTFILED | C & M Pipe | 7100-000 | 19,723.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnold and Kadjan | 7100-000 | 4,226.50 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Journeymen Plumbers' | 7100-000 | 108,073.50 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 573,503.94 | 312,623.06 | 275,334.93 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-23670

**Case Name:** BEAVER PLUMBING SERVICES

**Period Ending:** 11/17/11

**Trustee:** (520196)   MICHAEL G. BERLAND

**Filed (f) or Converted (c):** 12/17/07 (f)

**§341(a) Meeting Date:** 01/24/08

**Claims Bar Date:** 04/30/08

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Fifth Third Bank-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | Charter One-scheduled | 8,385.56 | 11,350.00 | | 11,350.70 | FA |
| 3 | Rockford Mutual Insurance-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Employers Sureyt bond-scheduled | 15,000.00 | 15,830.20 | | 15,830.20 | FA |
| 5 | Redmond Company-scheduled Uncollectible | 96,940.00 | 0.00 | DA | 0.00 | FA |
| 6 | Lagestal Mulder-scheduled Monies collected are listed under asset 16. | 20,600.00 | 0.00 | DA | 0.00 | FA |
| 7 | Construction Solutions-scheduled Uncollectible | 36,200.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2000 ford 250-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2000 Ford 150-schedueld | 800.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1999 Semi-trailer-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1981 GMC Van-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1993 Dodge Ram-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1995 GMC Sierra-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | Misc pipe fittings-scheduled | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | Office equipment-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 16 | Monies due for 14479 S. Humphrey Drive -unchedul (u) | 0.00 | 10,864.00 | | 10,864.00 | FA |
| 17 | Malka Homes-scheduled Uncollectible | 5,200.00 | 0.00 | DA | 0.00 | FA |
| 18 | Bruce Obora-schedueld Uncollectible | 2,050.00 | 0.00 | | 0.00 | FA |
| 19 | Kencorp-scheduled Uncollectible | 21,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 20 | Ken Asbridge-schedueld Uncollectible | 620.00 | 0.00 | DA | 0.00 | FA |
| 21 | Payment for work at 79th & Cicero-unscheduled (u) Trustee was called by Chicago Title after Final | 0.00 | 6,929.00 | | 6,929.00 | 0.00 |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-23670

**Case Name:** BEAVER PLUMBING SERVICES

**Period Ending:** 11/17/11

**Trustee:** (520196)   MICHAEL G. BERLAND

**Filed (f) or Converted (c):** 12/17/07 (f)

**§341(a) Meeting Date:** 01/24/08

**Claims Bar Date:** 04/30/08

| Ref. # | 1<br>**Asset Description**<br>(Scheduled And Unscheduled (u) Property) | 2<br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br>**Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>**Property**<br>**Abandoned**<br>OA=§554(a)<br>DA=§554(c) | 5<br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|---|
| | Report was filed about assets that had not been disclosed. Chicago Title had been unaware of the filing of a Chapter 7 bankrutpcy | | | | | |
| 22 | Payment different stage of work-79th Cicero-unsc  (u)<br>  Trustee was callled by Chiago Title & Trust after filing of final report about unscheduled asset. Chicago Title was unaware of the filing of a Chapter 7 bankruptcy pettiion | 0.00 | 2,180.00 | | 2,180.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 58.51 | Unknown |
| 23 | **Assets**      **Totals** (Excluding unknown values) | **$215,095.56** | **$47,153.20** | | **$47,212.41** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee liquidated a bank account , a surety bond, and collected other unscheduled assets. The remaining accounts receivables were uncollectible. The Trustee has filed his Final Report and and made a disitribution. a second distribution was made when Chicato Title  & Trust advised, the Trustee after the approval of the Final Report ,that they had additional monies from an unscheduled asset. That second  distribution was made.

**Initial Projected Date Of Final Report (TFR):**      December 31, 2011     **Current Projected Date Of Final Report (TFR):**      December 31, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-23670

**Case Name:** BEAVER PLUMBING SERVICES

**Taxpayer ID #:** **-***7014

**Period Ending:** 11/17/11

**Trustee:** MICHAEL G. BERLAND (520196)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** ***-*****36-65 - Money Market Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/28/08 | {2} | Charter One | Liquidation of Charter One account | 1129-000 | 10,000.00 | | 10,000.00 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.16 | | 10,000.16 |
| 02/28/08 | {2} | Charter One | Proceeds of account | 1129-000 | 1,215.57 | | 11,215.73 |
| 02/28/08 | {2} | Charter one | Proceeds of Charter One accont | 1129-000 | 135.13 | | 11,350.86 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.05 | | 11,352.91 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.09 | | 11,355.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.58 | | 11,356.58 |
| 05/29/08 | {4} | Fifth Third Bank | Payment of surety bond proceeds | 1129-000 | 15,830.20 | | 27,186.78 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.42 | | 27,188.20 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.32 | | 27,191.52 |
| 07/07/08 | 1001 | Gloria Longest | Payment to accountant for accounting advice | 3410-000 | | 100.00 | 27,091.52 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.44 | | 27,094.96 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.22 | | 27,098.18 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.55 | | 27,101.73 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.95 | | 27,104.68 |
| 11/21/08 | 1002 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 26,604.68 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.13 | | 26,606.81 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 26,608.70 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 26,609.78 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.01 | | 26,610.79 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.15 | | 26,611.94 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 26,613.02 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.04 | | 26,614.06 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.15 | | 26,615.21 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 26,616.33 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 26,617.45 |
| 09/16/09 | {16} | Chicago Title & Trust | Payment for project at 14479 S. John Humphrey Drive | 1221-000 | 6,300.00 | | 32,917.45 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.19 | | 32,918.64 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 32,919.98 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.38 | | 32,921.36 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.38 | | 32,922.74 |
| 01/05/10 | 1003 | Internal Revenue Service | Payment of tax due per tax return Stopped on 01/05/10 | 2810-000 | | ! 86.00 | 32,836.74 |
| 01/05/10 | 1003 | Internal Revenue Service | Payment of tax due per tax return Stopped: check issued on 01/05/10 | 2810-000 | | ! -86.00 | 32,922.74 |
| 01/05/10 | 1004 | Gloria Longest | Payment of accountant for preparing tax | 3410-000 | | 500.00 | 32,422.74 |

Subtotals :      $33,522.74      $1,100.00

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-23670 | |
| **Case Name:** BEAVER PLUMBING SERVICES | |
| | |
| **Taxpayer ID #:** \*\*-\*\*\*7014 | |
| **Period Ending:** 11/17/11 | |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | \*\*\*-\*\*\*\*\*36-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | returns per court order | | | | |
| 01/05/10 | 1005 | Illinois Department Of Revenue | Payment of Ilinois tax due per tax return | 2820-000 | | 86.00 | 32,336.74 |
| 01/27/10 | {16} | Chicago Title & Trust Company | Payment of account receivable | 1221-000 | 4,564.00 | | 36,900.74 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.28 | | 36,902.02 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.38 | | 36,903.40 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.65 | | 36,905.05 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.25 | | 36,905.30 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*3665 | Wire out to BNYM account 9200\*\*\*\*\*\*3665 | 9999-000 | -36,905.30 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,186.00 | 1,186.00 | $0.00 |
| Less: Bank Transfers | -36,905.30 | 0.00 | |
| **Subtotal** | 38,091.30 | 1,186.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$38,091.30** | **$1,186.00** | |

{} Asset reference(s)

Printed: 11/17/2011 10:29 AM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-23670
**Case Name:** BEAVER PLUMBING SERVICES

**Taxpayer ID #:** **-***7014
**Period Ending:** 11/17/11

**Trustee:** MICHAEL G. BERLAND (520196)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****36-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 11/17/2011 10:29 AM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 07-23670 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | BEAVER PLUMBING SERVICES | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****36-67 - Money Market Account |
| Taxpayer ID #: | **-***7014 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 11/17/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 11/17/2011 10:29 AM   V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-23670 | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** BEAVER PLUMBING SERVICES | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******36-65 - Money Market Account |
| **Taxpayer ID #:** **-***7014 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 11/17/11 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | Wire in from JPMorgan Chase Bank, N.A. account ********3665 | 9999-000 | 36,905.30 | | 36,905.30 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.76 | | 36,907.06 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.20 | | 36,909.26 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.12 | | 36,911.38 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.20 | | 36,913.58 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 2.19 | | 36,915.77 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.30 | | 36,916.07 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 36,916.38 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.30 | | 36,916.68 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 36,916.99 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 36,917.30 |
| 02/08/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.07 | | 36,917.37 |
| 02/08/11 | | To Account #9200******3666 | Transfer for purpose  of final distribution | 9999-000 | | 36,917.37 | 0.00 |
| 05/09/11 | {21} | Chicqgo Title & Trust | Payment for work at 79th & Cicero | 1221-000 | 6,929.00 | | 6,929.00 |
| 05/09/11 | {22} | Chicago Title & Trust | Payment for work at 79th & Cicero | 1241-000 | 2,180.00 | | 9,109.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 9,109.04 |
| 06/03/11 | 11006 | MICHAEL G. BERLAND | Dividend paid 100.00% on $6,160.24, Trustee Compensation;  Reference: | 2100-000 | | 1,600.00 | 7,509.04 |
| 06/03/11 | 11007 | Internal Revenue Service | Dividend paid   6.45% on $120,013.36; Claim# 5P; Filed: $120,013.36; Reference: | 5800-000 | | 7,509.04 | 0.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 0.02 |
| 08/11/11 | Int | Michael Berland, trustee | Reverse Interest Posting | 1270-000 | -0.02 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 46,026.41 | 46,026.41 | $0.00 |
| Less: Bank Transfers | 36,905.30 | 36,917.37 | |
| **Subtotal** | 9,121.11 | 9,109.04 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,121.11** | **$9,109.04** | |

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

| **Case Number:** | 07-23670 | **Trustee:** | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| **Case Name:** | BEAVER PLUMBING SERVICES | **Bank Name:** | The Bank of New York Mellon |
| | | **Account:** | 9200-******36-66 - Checking Account |
| **Taxpayer ID #:** | **-***7014 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 11/17/11 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/11 | | From Account #9200******3665 | Transfer for purpose  of final distribution | 9999-000 | 36,917.37 | | 36,917.37 |
| 02/08/11 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $91.80, Trustee Expenses;  Reference: | 2200-000 | | 91.80 | 36,825.57 |
| 02/08/11 | 10102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $4,560.24, Trustee Compensation;  Reference: | 2100-000 | | 4,560.24 | 32,265.33 |
| 02/08/11 | 10103 | Plumbers' Pension Fund etc, et al | Dividend paid 100.00% on $32,032.30; Claim# 11P; Filed: $32,032.30; Reference: | 5400-000 | | 32,032.30 | 233.03 |
| 02/08/11 | 10104 | Internal Revenue Service | Dividend paid   0.19% on $120,013.36; Claim# 5P; Filed: $120,013.36; Reference: | 5800-000 | | 233.03 | 0.00 |

|  |  | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 36,917.37 | 36,917.37 | **$0.00** |
| | Less: Bank Transfers | 36,917.37 | 0.00 | |
| | **Subtotal** | **0.00** | **36,917.37** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$36,917.37** | |

| Net Receipts : | 47,212.41 |
|---|---|
| Net Estate : | $47,212.41 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****36-65** | 38,091.30 | 1,186.00 | 0.00 |
| **Checking # ***-*****36-66** | 0.00 | 0.00 | 0.00 |
| **MMA # ***-*****36-67** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******36-65** | 9,121.11 | 9,109.04 | 0.00 |
| **Checking # 9200-******36-66** | 0.00 | 36,917.37 | 0.00 |
| | **$47,212.41** | **$47,212.41** | **$0.00** |